✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of New York___ on the following    X  Patents or    ☐ Trademarks:

| DOCKET NO.<br>CV 09-4534 | DATE FILED<br>10/21/2009 | U.S. DISTRICT COURT<br>EDNY, 100 Federal Plaza, P.O. Box 9014, Central Islip, NY 11722 |
|---|---|---|
| PLAINTIFF<br><br>Next Proteins, Inc., a California corporation | | DEFENDANT<br>Distinct Beverages, Inc., a New York corporation<br>Jake S. Townson, an individual<br>Nick Woodhead, an individual<br>USA Sports Supplements, Inc., a New York corporation<br>Does 1-20, inclusive |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,205,018 B2 | 4/17/2007 | Next Proteins, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>ROBERT C. HEINEMANN | (BY) DEPUTY CLERK<br>/s/ Mary Ryan | DATE<br>10/27/2009 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**